UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRIAN KEEGAN,** individually and on behalf of those similarly situated,<br><br>                        Plaintiff,<br><br>-against-<br><br>**DEAN A. SPINOGATTI, and**<br>**BALLZACK ASSOCIATES LLC,**<br><br>                        Defendants. | Docket No.: 22-cv-4283 (MAH)<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto that in light of a private settlement agreed and executed by all parties, the within action be dismissed, without costs for either party as against the other. The Court retains jurisdiction to enforce the terms of settlement.

Dated: February 6, 2023

HAROLD M. HOFFMAN, ESQ.
Attorney for Plaintiff
By: **/s/ Harold M. Hoffman**
      Harold M. Hoffman, Esq.

ANDREW M. AYERS, PC.
Attorney for Defendants
By: **/s/ Andrew M. Ayers**
      Andrew M. Ayers, Esq.

LAW OFFICE OF JONATHAN STEIN
Attorney for Defendants
By: **/s/ Jonathan G. Stein**
      Jonathan G. Stein, Esq.

SO ORDERED:

_____
Michael A. Hammer, U.S.M.J.